# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 09-1135

———————

George W. Carlisle, Jr.,  *
  *
  Appellant,  *
  * Appeal from the United States
v.  * District Court for the
  * Eastern District of Missouri.
  *
Citimortgage, Inc.; Citigroup,  *
Technology, Inc.,  * [UNPUBLISHED]
  *
  Appellees.  *

———————

Submitted: December 28, 2009
Filed: December 31, 2009

———————

Before BYE, BOWMAN, and BENTON, Circuit Judges.

———————

PER CURIAM.

George Carlisle appeals the district court's[1] order confirming an arbitration award in his employment-discrimination action against Citimortgage, Inc., and Citigroup Technologies, Inc. After careful review, we find no basis for reversal. *See Kiernan v. Piper Jaffray Cos., Inc.*, 137 F.3d 588, 594 (8th Cir. 1998) (standard for setting aside arbitration award). We therefore affirm, *see* 8th Cir. R. 47B. We deny Carlisle's motion to strike and grant his motion for permission to file his reply brief.

———————————————

[1]The Honorable Charles A. Shaw, United States District Judge for the Eastern District of Missouri.